**DISMISS and Opinion Filed October 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01257-CR

**DIANA KAY PATTON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. CR1800242**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Partida-Kipness
Opinion by Justice Bridges

Before the Court is appellant's October 25, 2019 motion to dismiss the appeal. The motion

is signed by appellant and her attorney. *See* TEX. R. APP. P. 42.2(a). We grant the motion and

dismiss this appeal.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
191257F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

DIANA KAY PATTON, Appellant

No. 05-19-01257-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1, Hunt County, Texas
Trial Court Cause No. CR1800242.
Opinion delivered by Justice Bridges.
Justices Molberg and Partida-Kipness participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered October 30, 2019